UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 3 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-17-769** |
| JOSE JAVIER GONZALEZ | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about July 22, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE JAVIER GONZALEZ**

intentionally exceeded authorized access to a computer, and thereby obtained information from a department or agency of the United States, namely, the defendant obtained information and records pertaining to R.V., an individual, from the Department of Homeland Security and Federal Bureau of Investigation.

In violation of Title 18, United States Code, Sections 1030(a)(2) and 1030(c)(2)(A).

### COUNT TWO

On or about July 22, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE JAVIER GONZALEZ**

intentionally exceeded authorized access to a computer, and thereby obtained information from a department or agency of the United States, namely, the defendant obtained information and records pertaining to S.A.R., an individual, from the Department of Homeland Security.

In violation of Title 18, United States Code, Sections 1030(a)(2) and 1030(c)(2)(A).

## COUNT THREE

On or about August 16, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE JAVIER GONZALEZ**

intentionally exceeded authorized access to a computer, and thereby obtained information from a department or agency of the United States, namely, the defendant obtained information and records pertaining to E.M.M., an individual, from the Department of Homeland Security and the Federal Bureau of Investigation.

In violation of Title 18, United States Code, Sections 1030(a)(2) and 1030(c)(2)(A).

## COUNT FOUR

On or about April 8, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE JAVIER GONZALEZ**

intentionally exceeded authorized access to a computer, and thereby obtained information from a department or agency of the United States, namely, the defendant obtained information and records pertaining to F.R.D., an individual, from the Department of Homeland Security.

In violation of Title 18, United States Code, Sections 1030(a)(2) and 1030(c)(2)(A).

## COUNT FIVE

On or about November 10, 2016, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

JOSE JAVIER GONZALEZ

intentionally exceeded authorized access to a computer, and thereby obtained information from a department or agency of the United States, namely, the defendant obtained information and records pertaining to R.C.F.P., an individual, from the Department of Homeland Security and the Federal Bureau of Investigation.

In violation of Title 18, United States Code, Sections 1030(a)(2) and 1030(c)(2)(A).

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY